**Form B18** (Official Form 18)(10/05)

# United States Bankruptcy Court

Northern District of Illinois
**Case No. 05–30713**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Andre E Shiba
9710 Bianco Terrace
Apt. 3E
Des Plaines, IL 60016

Social Security No.:
xxx–xx–7120

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

FOR THE COURT

Dated: November 14, 2005

Kenneth S. Gardner, Clerk
United States Bankruptcy Court

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

FORM B18 continued (10/05)

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

### Collection of Discharged Debts Prohibited

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:]* [There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

### Debts That are Discharged

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

### Debts that are Not Discharged.

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes (applies to cases filed on or after 10/17/2005);

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts.

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans (applies to cases filed on or after 10/17/2005).

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**

**BAE SYSTEMS**
Enterprise Systems Incorporated
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: jbradford              Page 1 of 2              Date Rcvd: Nov 14, 2005
Case: 05-30713                Form ID: b18                 Total Served: 46

The following entities were served by first class mail on Nov 16, 2005.
db          +Andre E Shiba,    9710 Bianco Terrace,    Apt. 3E,    Des Plaines, IL 60016-1624
aty         +Forrest L Ingram,    Forrest L. Ingram, P.C.,    79 W Monroe Street,    Suite 1210,
              Chicago, IL 60603-4936
aty         +Timothy R Yueill,    Law Offices of Ira T. Nevel,    175 N. Franklin,    Chicago, IL 60606-1832
tr          +Philip V Martino, ESQ,    DLA Piper Rudnick Gray Cary US LLP,    203 N Lasalle St Ste 1800,
              Chicago, IL 60601-1264
cr          +AMC Mortgage Services, Inc. f/k/a Ameriquest Mortg,    18400 Von Karman, 8th Floor,
              Irvine, CA 92612-1514
9654017      AMC Mortgage Services,    P.O. Box 5926,    Carol Stream, IL 60197-5926
9654015     +Account Solutions Group LLC.,    PO Box 628,    Buffalo, NY 14240-0628
9654016     +Advocate Medical Group,    701 Lee Street,    Des Plaines, IL 60016-4539
9654018     +Ameriquest Mortage Company,    P.O. Box 11000,    Santa Ana, CA 92711-1000
9654019     +Amsher Collection Services,    2090 Columbiana Road, Suite 3000,    Birmingham, AL 35216-2161
9654020     +Arrow Financial Services,    Po Box 1206,    Oaks, PA 19456-1206
9654021     +C.C.S.,    Payment Processing Center,    PO Box 55129,    Boston, MA 02205-5129
9654022     +City Of Chicago,    Department of Revenue,    PO Box 88292,    Chicago, IL 60680-1292
9654023     +Claims Accounting,    PO Box 30272,    Tampa, FL 33630-3272
9654024      Diagnostic Radiology Spec., SC,    PO Box 4062,    Elgin, IL 60122
9654025     +FedChex Recovery,    PO Box 18978,    Irvine, CA 92623-8978
9654026     +First North American National Bank,    PO Box 100043,    Kennesaw, GA 30156-9243
9654028     +Harris & Harris, LTD.,    600 West Jackson, Suite 400,    Chicago, IL 60661-5623
9654029     +Hollywood Video,    C/O Credit Protection Assoc.,    PO Box 802068,    Dallas, TX 75380-2068
9654030     +Honda Financial Services,    American Honda finance Corporation,    P.O. Box 5308,
              Elgin, IL 60121-5308
9654031     +Household Bank (SB), N.A.,    PO Box 4144,    Carol Stream, IL 60197-4144
9654032     +I.C. System, Inc.,    444 Highway 96 East,    Po Box 64437,    Saint Paul, MN 55164-0437
9654033     +Ill. Dept. of Employment Security,    Benefit Repayments,    P.O. Box 19286,
              Springfield, IL 62794-9286
9654034     +Illinois Department of Revenue,    Bankruptcy Section Level 7-425,    100 W. Randolph St.,
              Chicago, IL 60601-3218
9654036     +Kenosha County Circuit Court,    912 56th Street, Room 204,    Kenosha, WI 53140-3736
9654038     +LTD Financial Services,    PO Box 630769,    Houston, TX 77263-0769
9654037     +La Casa Bianco CA % LMS,    355 West Dundee Road #110,    Buffalo Grove, IL 60089-3500
9654039     +Mill Creek,    Department 0008,    Palatine, IL 60055-0001
9654040      National Action Financial Services,    PO Box 9027,    Williamsville, NY 14231-9027
9654041     +National Financial Systems, Inc.,    600 West John Street,    PO Box 9046,
              Hicksville, NY 11802-9046
9654042     +Natiowide Credit, Inc.,    11080 Magnolia Ave,    Riverside, CA 92505-3047
9654043     +Nissan Motor Acceptance Corp,    PO Box 0548,    Carol Stream, IL 60132-0001
9654044      Pellettieri & Associates,    991 Pak Creek Drive,    Lombard, IL 60148
9654045     +Penn Credit Corporation,    PO Box 988,    Harrisburg, PA 17108-0988
9654046     +Redline Recovery Services, LLC,    1145 Sanctuary Pkwy, Suite 350,    Alpharetta, GA 30004-4756
9654047     +Risk Management Alternatives, Inc.,    PO Box 105780,    Atlanta, GA 30348-5780
9654048     +Rogers & Holland Jewelers,    Rogers Enterprises, Inc,    P.O. Box 879,    Matteson, IL 60443-0879
9654049     +Safeway Inc.,    PO Box 1128,    San Ramon, CA 94583-1128
9654052     +TRS Recovery Services, Inc.,    PO Box 60022,    City Of Industry, CA 91716-0022
9654050     +Tele-Collection Systems,    P.O. Box 578370,    Chicago, IL 60657-8370
9654051     +Total Credit Recovery USA Group,    PO Box 2304,    Buffalo, NY 14240-2304
9654053     +Wayne County Prosecuting Attorney,    Check Enforcement Program,    1441 St. Antoine- 10th Floor,
              Detroit, MI 48226-2311
9654054     +Western Union,    P.O. Box 9137,    Needham Heights, MA 02494-9137
9654055     +Zwicker & Associates, P.C.,    800 Federal Street,    Andover, MA 01810-1041

The following entities were served by electronic transmission on Nov 15, 2005 and receipt of the transmission
was confirmed on:
9654027     +EDI: WTRWFNNB.COM Nov 14 2005 23:49:00      Harlem Furniture,    P.O. Box 659704,
              San Antonio, TX 78265-9704
9654031     +EDI: HFC.COM Nov 14 2005 23:50:00      Household Bank (SB), N.A.,    PO Box 4144,
              Carol Stream, IL 60197-4144
9654035     +EDI: IRS.COM Nov 14 2005 23:49:00      Internal Revenue Service,    230 S. Dearborn St.,
              Mail Stop 5010 CHI,    Chicago, IL 60604-1505
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: jbradford          Page 2 of 2              Date Rcvd: Nov 14, 2005
Case: 05-30713                Form ID: b18             Total Served: 46

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 16, 2005**           **Signature:**   *Joseph Speetjens*